| | |
|---|---|
| 1 | Theresa L. Pfeiffer SBN 85528 |
| 2 | 202 University Avenue<br>Los Gatos, CA 95030 |
| 3 | Telephone: (408) 354-8384<br>Attorney for Plaintiff Frank Salinas |
| 4 | Scott Lawson SBN 174671 |
| 5 | Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>50 California Street, 22nd floor |
| 6 | San Francisco, CA 94111<br>Telephone: (415) 875-6600 |
| 7 | Attorney for Defendant IBM |

**IT IS SO ORDERED**
Judge James Ware
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FRANK SALINAS,

    Plaintiff,

-vs-

IBM CORPORATION and DOES 1-50, inclusive,

    Defendants.

Case No.: C03 04558 JW (PVT)

STIPULATION OF DISMISSAL AND ORDER THEREON

IT IS HEREBY STIPULATED by and between plaintiff Frank Salinas, acting by and through his counsel Theresa L. Pfeiffer, and defendant IBM Corporation, acting by and through its counsel Scott G. Lawson of Quinn Emanuel Urquhart Oliver & Hedges, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: _____

_____
Theresa L. Pfeiffer, Attorney for Frank Salinas

Dated: _____

_____
Scott G. Lawson, Attorney for IBM Corporation

ORDER

By stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-encaptioned action is dismissed with prejudice, each side to bear its own costs and fees.

Dated: 6/2/05

/s/ James Ware
James Ware, Judge
United States District Court
San Jose Division